80 A.3d 379

Anthony **RILEY**, Appellant

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** Appellee.

Supreme Court of Pennsylvania.

Nov. 21, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2013, the Order of the Commonwealth Court is **AFFIRMED.**